IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:14-CR-77 MTT |
|---|---|---|
| v. | : | VIOLATION: 18 U.S.C. § 876 (c) |
| DANIEL ERIC COBBLE | : | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
## MAILING THREATENING COMMUNICATIONS

Between July 29, 2013 and August 5, 2013, in the Macon Division of the Middle District of Georgia,

**DANIEL ERIC COBBLE,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did knowingly cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to United States District Court Clerk, P.O. Box 128, Macon, Georgia 31202, which contained a threat to injure and kill United States District Court Judge MTT, in violation of Title 18, United States Code, Section 876(c).

## COUNT TWO
## MAILING THREATENING COMMUNICATIONS

Between November 8, 2013 and November 19, 2013, in the Macon Division of the Middle District of Georgia,

1

**DANIEL ERIC COBBLE,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did knowingly cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to United States District Court Clerk, P.O. Box 128, Macon, Georgia 31202, which contained a threat to injure and kill United States District Court Judge CAR, in violation of Title 18, United States Code, Section 876(c).

## COUNT THREE
## MAILING THREATENING COMMUNICATIONS

Between March 11, 2014 and March 14, 2014, in the Macon Division of the Middle District of Georgia,

**DANIEL ERIC COBBLE,**

defendant herein, aided and abetted by others both known and unknown to the Grand Jury, did knowingly cause to be delivered by the Postal Service, according to the directions thereon, a communication addressed to United States District Court Clerk, P.O. Box 128, Macon, Georgia 31202, which contained a threat to injure and kill United States District Court Judge MTT, in violation of Title 18, United States Code, Section 876(c).

<blockquote>
A TRUE BILL.
/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY
</blockquote>

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

*Kimberly S. Easterling* (signature)

KIMBERLY S. EASTERLING
ASSISTANT UNITED STATES ATTORNEY

*Filed in open court this* 14th *day of* November A.D. 20 14.

Deputy Clerk